

**USI ELECTRIC**
THE BEST CHOICE

**GFCI Receptacle**
White • 15 AMP

Model USI-9155

0 42741 09155 8

Visit Us on the Web! **www.usielectric.com**

**USI ELECTRIC, INC.**
Owings Mills, Maryland 21117 USA
Made in China
© 2003 USI ELECTRIC, INC.

DESIGNED & ENGINEERED IN THE USA

**QUICK BLOCK™** - If critical parts are damaged and GFCI protection is lost, GFCI will not reset and power to receptacle face and downstream receptacles is disconnected.

